**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

SHANESTA TAITE LEWIS,                       :

      Petitioner,                                    :

v.                                                          :          CIVIL ACTION NO. 09-00430-WS-N

WARDEN CYNTHIA WHEELER-WHITE,:

      Respondent.                                  :


<u>**ORDER**</u>

After due and proper consideration of all portions of this file deemed relevant to the issue

raised, and there having been no objections filed, the Recommendation of the Magistrate Judge

made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is

**ORDERED** that Petitioner's petition for habeas corpus relief is hereby **DENIED.**

The court further finds that Petitioner is not entitled to a certificate of appealability.

DONE this 29th day of July, 2010.


s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE