# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANESTA TAITE LEWIS, | : | |
| Petitioner, | : | |
| v. | : | CIVIL ACTION NO. 09-00430-WS-N |
| WARDEN CYNTHIA WHEELER-WHITE, | : | |
| Respondent. | : | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that this petition be and is hereby **DENIED**. It is further **ORDERED** that a certificate of appealability is **DENIED**.

DONE this 29th day of July, 2010.

                                                                                    s/WILLIAM H. STEELE
                                                                                     CHIEF UNITED STATES DISTRICT JUDGE